·JOHN B. SOLLEY, Respondent, *v.* JOHN B. McGEORGE,
Appellant.

(Argued January 15, 1894; decided January 30, 1894.)

APPEAL from order of the General Term of the Supreme ·Court in the first judicial department, made October 2, 1893, which affirmed an order of Special Term denying a motion to ·compel plaintiff to vacate judgment against the defendant ·and receive an answer.

*L. A. Chandler* for appellant.

*E. Luther Hamilton* for respondent.

Agree to affirm; no opinion.                                              0
All concur.
Order affirmed.